AO 450 (Rev. 11/11)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 04, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| FRANK MURILLO | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   4:25-cv-05184-EFS |
| | ) |
| | ) |
| BENTON COUNTY JAIL | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion to Voluntarily Dismiss Complaint, ECFNo. 11, is GRANTED.
Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   EDWARD F. SHEA

Date:   3/4/2026                    *CLERK OF COURT*


                                   s/Sean F. McAvoy
                                   *Signature of Clerk*